**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-20489-MOORE/Elfenbein

**UNITED STATES OF AMERICA**,

Plaintiff,

**v.**

**LUIS MIGUEL FERNANDEZ**,

Defendant.
______________________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On June 10, 2026, Plaintiff filed a Motion for Judgment on the Pleadings (the "Motion"), ECF No. [15]. Defendant timely filed his Response to Plaintiff's Motion for Judgment on the Pleadings (the "Response") on June 12, 2026. Plaintiff thereafter filed its Reply in Support of the Motion for Judgment on the Pleadings (the "Reply), ECF No. [17], on June 30, 2026.

Local Rules applicable in this District provide that "[t]he movant may, within seven (7) days after service of an opposing memorandum of law, file and serve a reply memorandum in support of the motion, which reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law." *See* S.D. Fla. L.R. 7.1(c)(1). Under Local Rule 7.1(c)(1), Plaintiff's Reply was due no later than June 22, 2026.[1] Plaintiff, however, filed its Reply eight days later on June 30, 2026 but did not request an extension of the deadline. Accordingly, **on or before July**

[1] The last day of the period to file the Reply fell on June 19, 2026, which was the federal Juneteenth Holiday, making the Reply due on the following business day under Federal Rule of Civil Procedure 6(a)(1)(c).

**17, 2026**, Plaintiff **SHALL SHOW CAUSE** as to why the Court should not strike the Reply for being untimely.

**DONE and ORDERED** in Chambers in Miami, Florida on July 14, 2026.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record